■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. McTIERNAN, Appellant.— Order of the County Court, Suffolk County, dated

May 11, 1967, affirmed. No opinion. Appeal from order of said court, dated July 5, 1967 and made upon the court's decision dated June 27, 1967, dismissed. No appeal lies from an order denying a motion for reargument. Beldock, P. J., Christ, Rabin and Benjamin, JJ., concur; Munder, J., not voting.